STATE v. HANNAH

No. 258P02

Case below: 149 N.C. App. 713

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 June 2002.

STATE v. HERRON

No. 237P02

Case below: 149 N.C. App. 668

Petition by defendant (Timothy Herron) for discretionary review pursuant to G.S. 7A-31 denied 27 June 2002.

STATE v. HOLT

No. 209P02

Case below: 149 N.C. App. 490

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 27 June 2002.

STATE v. JONES

No. 198P02

Case below: 146 N.C. App. 394

Petition by defendant for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 27 June 2002.

STATE v. KING

No. 247P02

Case below: 149 N.C. App. 669

Notice of appeal by defendant pro se pursuant to G.S. 7A-30 (substantial constitutional question) dismissed ex mero motu 27 June 2002. Petition by defendant pro se for discretionary review pursuant to G.S. 7A-31 denied 27 June 2002. Petition by defendant pro se for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 27 June 2002.